# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GEORGE LORENZO JOHNSON,**

    *Plaintiff,*

v.                                               Case No.: 4:20cv477-MW/MJF

**DILLON SMITH, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) for maliciousness and abuse of judicial process." The Clerk shall close the file.

**SO ORDERED on January 19, 2021.**

                                                    s/Mark E. Walker            
                                                    **Chief United States District Judge**